IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:12-cv-00269-MR-DLH

| | | |
|---|---|---|
| THE ESTATE OF MICHAEL BLAKE SIPES, by Administrator Kimberly Sipes, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **O R D E R** |
| JOHNNY D. COOPER, individually and officially; and THE CITY OF MORGANTON, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the parties' Joint Status Report certifying that this matter has been settled. [Doc. 58]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge